**Order entered December 20, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00801-CR

### THOMAS WILSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 283rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F16-71680-T

## ORDER

The clerk's record reflects appellant is indigent and is represented by counsel. The reporter's record was due on October 26, 2018. When it was not filed, we notified court reporter Trashuna Salaam by postcard dated October 30, 2018 and instructed her to file, by November 29, 2018, the reporter's record or written verification that no hearings were recorded or that appellant had not requested the reporter's record. To date, we have not received the reporter's record nor have we had any communication from Ms. Salaam.

We **ORDER** the complete reporter's record filed **BY JANUARY 2, 2019**. We caution Ms. Salaam that the failure to do so will result in the Court taking whatever remedies it has available to ensure that the appeal proceeds in a timely fashion, which may include ordering that she not sit until the complete reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Livia Liu Francis, Presiding Judge, 283rd Judicial District Court; Trashuna Salaam, court reporter, 283rd Judicial District Court; and to counsel for all parties.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE